IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

RICHARD HAGER,

                Plaintiff,

v.                              CIVIL ACTION NO.  2:19-0744

ANDREW SAUL, Commissioner
of the Social Security Administration,

                Defendant.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court dismiss Plaintiff's complaint, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m) and remove this action from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

      Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DISMISSES** Plaintiff's complaint, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m) and **REMOVES** this action from the docket of the Court, consistent with the findings and recommendations.

      The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                              ENTER:     August 5, 2020

                                              ROBERT C. CHAMBERS
                                              UNITED STATES DISTRICT JUDGE